Opinion issued January 5, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01042-CR

NO. 01-11-01043-CR

———————————

IN re DAVID S. WEST, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
David S. West, has filed a petition for writ of mandamus.[1]  We deny the petition.

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.

Do
not publish.  Tex. R. App. P. 47.2(b).











[1]
          Realtor represents that the
underlying case is State v. West, No.
10CR2876, in the 405th District Court of Galveston County, Texas.